IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICTOR CASTANEDA ,

    Petitioner,

v.

E. EMMERICH
FCI Oxford, Warden,

    Respondent.

ORDER

Case No.  24-cv-496-wmc

    Petitioner Victor Castaneda seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 19, 2024.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately January 22, 2024 through the date of the petition, July 22, 2024.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Victor Castaneda may have until August 19, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.	If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before August 19, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 22nd day of July, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge